IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARGARET BARBOUR, | CASE NO.   1:24-CV-97 |
| Plaintiff, | |
| vs. | **DEFENDANT SPEEDWAY LLC'S NOTICE OF REMOVAL** |
| SPEEDWAY, *et al.*, | |
| Defendants. | |

TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

1.   Defendant Speedway LLC ("Speedway"), improperly identified in the Complaint as "Speedway" and "Speedway, LLC" is a Defendant in a civil action brought against it in the Court of Common Pleas for Lorain County, Ohio, styled *Margaret Barbour v. Speedway., et al.*, Case No. 24CV211155. Copies of all process and pleadings in that action are attached hereto as Exhibit A, pursuant to 28 U.S.C. §1446(A).

2.   Said action was commenced by service of the Complaint on Speedway on January 10, 2024.

3.   Plaintiff is a resident of the State of Ohio.

4.   Speedway LLC is a foreign single member-managed limited liability company organized, registered and existing under the laws of the State of Delaware with its principal place of business in the State of Texas. Speedway LLC's single member is SEI Speedway Holdings, LLC, a foreign limited liability company organized, registered and existing under the laws of the State of Delaware with its principal place of business in the State of Texas. SEI Speedway Holdings, LLC is wholly owned by 7-Eleven, Inc., a foreign corporation organized and existing

under the laws of the State of Texas with its principal place of business in the State of Texas. 7-Eleven, Inc. is wholly owned by SEJ Asset Management & Investment Company, Inc. ("SAM"), a foreign corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of Texas. SAM is owned, in part, by Seven & i Holdings, Co., Ltd. And Seven-Eleven-Japan Co., Ltd. ("SEJ"), Japanese corporations. SEJ is wholly owned by Seven & i Holdings Co., Ltd, whose stock is publicly traded on the Tokyo Stock Exchange.

5. The within lawsuit is a controversy between citizens of different states, as to give rise to complete diversity of citizenship within the meaning of 28 U.S.C. §1332.

6. Plaintiff demands judgment against Speedway in an amount in excess of $25,000.00. According to the Complaint, "…Plaintiff Margaret Barbour was caused to suffer severe and permanent injuries, great pain of body and mind, a loss of enjoyment of life, lost time and income from employment, suffered mental anguish, required medical care and treatment in the past, and will continue to suffer said losses in the future all to her expense and obligation." In addition, prior to the filing of this matter, Plaintiff informed Speedway that she alleges she sustained a fracture to her right shoulder which required surgery. As such, it is Speedway's good faith belief that the amount in controversy exceeds the jurisdictional amount of $75,000.00, exclusive of interest and costs, if all of Speedway's defenses fail and if Plaintiff proves all of her claimed damages as alleged in the Complaint.

7. This is a civil action brought in a state court in which the United States District Court has original jurisdiction because of diversity of citizenship, and Speedway is not a citizen of the State of Ohio, in which this action was brought.

8. Written notice of removal of this action has been given simultaneously herewith to Plaintiffs' counsel and the Clerk of Courts for Lorain County, Ohio.

WHEREFORE, Defendant Speedway LLC hereby removes this action from the Court of Common Pleas for Lorain County, Ohio, to this Court, pursuant to 28 U.S.C. §1441.

Respectfully submitted,

*/s/ Nicholas P. Resetar*
Nicholas P. Resetar (0086507)
nresetar@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
Telephone: 330.849.6791
Facsimile: 330.238.7467
**ATTORNEYS FOR DEFENDANT SPEEDWAY LLC**

**PROOF OF SERVICE**

A copy of the foregoing was served on this 17th day of January, 2024 electronically by way of the Clerk's electronic filing system.

*/s/ Nicholas P. Resetar*
Nicholas P. Resetar
