## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISON

| | | |
|---|---|---|
| Margaret Barbour, | ) | CASE NO. 1:24 CV 97 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| Speedway, et al., | ) | |
| | ) | **Judgment Entry** |
| | ) | |
| Defendants. | ) | |

This Court, having issued its Memorandum of Opinion and Order granting Defendant Speedway LLC's Motion for Summary Judgment (Doc. 16), hereby enters judgment in favor of defendant. This case is hereby dismissed.

IT IS SO ORDERED.

                                                        /s/ Patricia A. Gaughan
                                                        PATRICIA A. GAUGHAN
                                                        United States District Judge

Dated: 11/20/24